

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Laprense Derell Willis, Appellant

No. 06-23-00104-CR          v.

The State of Texas, Appellee

Appeal from the 5th District Court of Bowie County, Texas (Tr. Ct. No. 18F1272-005). Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to abate the appeal should be granted. Therefore, we permanently abate the appeal.

We note that the appellant, Laprense Derell Willis, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 9, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk